MAURICE W. GROBER, PLAINTIFF-RESPONDENT, v. HERMAN KAHN, *ET ALS.*, DEFENDANTS-PETITIONERS.

*Messrs. Moser, Griffin, Kerby & Cooper* for the petitioners.

*Mr. Israel B. Greene* and *Mr. Laurence B. Orloff* for the respondent.

April 18, 1967. Denied.

FREDERICK PHILLIPS, *ET AL.*, PETITIONERS-PETITIONERS, v. WILLIAM S. RANDOLPH, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Mr. Nicholas S. Schloeder* for the petitioners.

*Messrs. Pollack & Patras* for the respondents.

April 18, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. LAVINIA GARDNER, *ET ALS.*, DEFENDANTS-PETITIONERS.

*Messrs. Narrow & Evans* and *Mr. Charles Camp Cotton* for the petitioners.

*Mr. Thomas L. Smith* and *Mr. Norman Telsey* for the respondent.

April 18, 1967. Denied.